Gregory MARSHALL, Plaintiff–
Appellant,

v.

Ronald S. WEBER, Mental Health
Counselor, WCI; Dr. Ava Joubert,
Medical Director for WCI; J. Philip
Morgan, Warden, WCI, Defendants–
Appellees,

and

Gary D. Maynard, Secretary for Division
of Correction; Scott Oakley, Inmate
Grievance Office; Judge J. Frederick
Motz; Judge Catherine C. Blake, De-
fendants.

No. 12–7001.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2012.

Decided: Dec. 6, 2012.

Gregory Marshall, Appellant Pro Se.
Nancy P. Tennis, Office of the Attorney
General of Maryland, Baltimore, Mary-
land; H. Kenneth Armstrong, Armstrong,
Donahue, Ceppos & Vaughan, Chtd, Rock-
ville, Maryland, for Appellees.

Before KING, FLOYD, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gregory Marshall appeals the district
court's order denying his motion for a
preliminary injunction. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Marshall v.
Weber,* No. 8:11–cv–02755–RWT (D.Md.
May 31, 2012). We deny the motions to
consolidate and to appoint counsel, grant
leave to proceed without prepayment of
fees, and dispense with oral argument be-
cause the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*